IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KENNETH JENKINS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| SMART CARRIERS, L.L.C., | § | 2:15-CV-00294-JRG-RSP |
| MOHAMMED DUH SHARIF, | § | |
| SADIQ ARTAN AND | § | |
| SADIQ ARTAN, L.L.C., | § | |
|     Defendants. | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

NOW COME Plaintiff **KENNETH JENKINS** and Defendants **SMART CARRIERS, L.L.C., MOHAMMED DUH SHARIF, SADIQ ARTAN and SADIQ ARTAN, L.L.C.,** and file this Joint Motion for Dismissal with Prejudice and in support show the Court as follows:

**I.**

The parties have resolved all issues in dispute and as a result, the parties jointly request that a Final Order of Dismissal with Prejudice be entered in the form of Exhibit "A" filed with this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **KENNETH JENKINS** and Defendants **SMART CARRIERS, L.L.C., MOHAMMED DUH SHARIF, SADIQ ARTAN and SADIQ ARTAN, L.L.C.** pray that this Motion for Dismissal be granted.

Respectfully submitted,

**NEGEM & WORTHINGTON**

By: */s/Joe Worthington*
    **JOE WORTHINGTON**
    State Bar No. 22009950
    4400 South Vine Avenue
    Tyler, TX  75702
    Telephone:     (903) 595-4466
    Facsimile:      (903) 593-3266
    joe@negemlaw.com

    **ATTORNEYS FOR PLAINTIFF**


**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: */s/Alan Moore*
    **MARK J. DYER**
    State Bar No. 06317500
    dyer@mdjwlaw.com
    **ALAN MOORE**
    State Bar No. 14320075
    amoore@mdjwlaw.com
    Tollway Plaza I
    16000 N. Dallas Parkway
    Suite 800
    Dallas, TX  75248
    Telephone:     (214) 420-5500
    Facsimile:      (214) 420-5501

    **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on this the 21st day of April, 2016.

Joe Worthington
Jimmy M. Negem
Negem & Worthington
440 South Vine Ave.
Tyler, Texas 75702

                */s/Alan Moore*
                **ALAN MOORE**