IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KENNETH JENKINS,<br>　　　Plaintiff,<br><br>v.<br><br>SMART CARRIERS, L.L.C.,<br>MOHAMMED DUH SHARIF,<br>SADIQ ARTAN AND<br>SADIQ ARTAN, L.L.C.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>2:15-CV-00294-JRG-RSP |

## FINAL ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered Plaintiff **KENNETH JENKINS'** and Defendants **SMART CARRIERS, L.L.C., MOHAMMED DUH SHARIF, SADIQ ARTAN and SADIQ ARTAN, L.L.C.'s** Joint Motion for Dismissal with Prejudice in the above-styled and numbered cause of action and the Court, being of the opinion that said Motion should be granted, it is therefore:

ORDERED, ADJUDGED and DECREED that Plaintiff **KENNETH JENKINS'** claims and causes of action against Defendants **SMART CARRIERS, L.L.C., MOHAMMED DUH SHARIF, SADIQ ARTAN and SADIQ ARTAN, L.L.C.** be dismissed with prejudice in their entirety, and that all costs of court are to be bourne by the parties incurring the same.

**SIGNED this 22nd day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE